UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBECCA AUGSBURGER,

        Plaintiff,

v.

NAVY MUTUAL AID ASSOCIATION,

        Defendant.

CASE NO. 2:17-cv-1817-BAT

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME**

Plaintiff Rebecca Augsburger and Defendant Navy Mutual Aid Association, by and through their attorneys, have stipulated and agreed to extend the time for Defendant to answer or otherwise respond to the Amended Complaint to and including December 22, 2017. Dkt. 8.

It is so ORDERED.

DATED this 13th day of December, 2017.

                                                BRIAN A. TSUCHIDA
                                                United States Magistrate Judge