UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA AUGSBURGER,<br><br>                    Plaintiff,<br><br>   v.<br><br>NAVY MUTUAL AID ASSOCIATION,<br><br>                    Defendant. | CASE NO. 2:17-cv-1817-BAT<br><br>**ORDER GRANTING MOTION TO EXTEND DISCOVERY AND STAYING MOTION FOR SUMMARY JUDGMENT (DKT. 35)** |

Plaintiff Rebecca Augsburger requests that the discovery deadline be extended until December 21, 2018 so that she can take the deposition of Jennifer Arnic. Dkt. 44. Defendant Navy Mutual Aid Association (Navy Mutual) has filed no opposition to this request. Navy Mutual's motion for summary judgment was noted for consideration on October 19, 2018 and the parties have submitted their briefs. Dkt. 35. However, the Court has deferred consideration of Navy Mutual's motion for summary judgment pending this motion as it appears Ms. Arnic may have been the Navy Mutual employee who submitted the December 20, 2010 online application. The 2010 online application is critical to the issue of coverage as Navy Mutual contends it requested new coverage for Rebecca Augsburger while terminating coverage for John Augsburger, while Ms. Augsburger contends it converted existing coverage for both of them. Thus, Ms. Arnic's testimony is relevant and material.

ORDER GRANTING MOTION TO EXTEND
DISCOVERY AND STAYING MOTION FOR
SUMMARY JUDGMENT (DKT. 35) - 1

Accordingly, it is **ORDERED**:

1) Plaintiff's motion to extend the discovery deadline (Dkt. 44) is **GRANTED**; the discovery deadline is extended to **December 21, 2018**; all other deadlines in the Court's July 23, 2018 Scheduling Order (Dkt. 21) remain unchanged.

2) Consideration of Defendant's motion for summary judgment (Dkt. 35) shall be **STAYED** (and the Clerk is directed to **strike the October 19, 2018** noting date). Plaintiff shall notify the Court by **December 21, 2018** if any supplemental briefing is required following Ms. Arnic's deposition. At that time, the Court will set a new noting date for the summary judgment motion.

DATED this 3rd day of December, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge