UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA AUGSBURGER,<br><br>                Plaintiff,<br><br>   v.<br><br>NAVY MUTUAL AID ASSOCIATION,<br><br>                Defendant. | CASE NO. 2:17-cv-1817-BAT<br><br>**ORDER RE-NOTING MOTION FOR SUMMARY JUDGMENT (DKT. 35)** |

On December 3, 2018, the Court extended the discovery deadline to allow Plaintiff to depose Jennifer Arnic. Dkt. 46. Pending completion of the deposition discovery, the Court stayed its consideration of Defendant's motion for summary judgment (Dkt. 35). *Id.*

On December 9, 2019, Plaintiff filed a "Notice of Supplemental Information," with a summary of facts from Ms. Arnic's deposition. Dkt. 47. Plaintiff requests that the Court consider this testimony when ruling on Defendant's motion. *Id.*

Accordingly, it is **ORDERED:**

1) The Clerk is directed to **re-note** Defendant's motion for summary judgment (Dkt. 35) for **January 4, 2019**.

2) Defendant may file a supplemental response by **December 31, 2018**. Plaintiff may file a reply by **January 4, 2019**. The response and reply shall be limited to the information and issues raised by Jennifer Arnic's testimony.

ORDER RE-NOTING MOTION FOR
SUMMARY JUDGMENT (DKT. 35) - 1

3) The Clerk shall send a copy of this Order to counsel for the parties.

DATED this 10th day of December, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER RE-NOTING MOTION FOR
SUMMARY JUDGMENT (DKT. 35) - 2